ORIGINAL

**US DISTRICT COURT**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 5 2023

CLERK, U.S. DISTRICT COURT
By_____ M5
        Deputy

**Taileah Hunter**

_____

**Plaintiff**

**No:**

**Case**

3-23CV1208-B

Vs.

**MISSOURI HIGHER EDUCATION LOAN AUTHORITY**

(**Also known as MOHELA**)

_____

**Defendant**

## Notice of Omnibus Motion

## Motion by way of Affidavit/Notice of Commercial Fraud

This affidavit is made pursuant to the above federal laws and notice of Defenses in respect to payment of Alleged Debt Texas Title 1: Chapter 3 Business and Commerce Code, Debt MIS [UCC TITLE 26 Chapter 400: 3-305 & 3-308, along with USC Title 12-Banks & Banking, & USC Title 15 of the Fair Debt Collection Practices Act section 1692.

"I Taileah Hunter declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Made Pursuant to the United States Constitution & Title 28 USCA Section 1746]

## **Motion to Compel Discovery**

1) It is a fact of Statute by and through the Constitution and laws of the United States that the Said Directors of the Financial Institution have a Statutory oath to Support the Constitution and the Banking Statutes of the United States. In Particular the notice of the Registration of that Oath is listed at Public Law Volume 13 Stat 99-118 38th Congress.

2) Inside of the provisions of that statute the Bank Directors have allowed for direct violations of their oath as a financial agent of the federal government.  Those actions include: Extending a Mortgage agreement for beyond the prescribed statutory limit, not providing consideration in a said loan, or providing from an external source in violation of the original agreement (as Banks cannot loan capital Stock or the Stock of their depositors according to the statute), failing to answer several freedom of information requests as well as failing to answer to challenges to the debt though they are required to by the Fair Debt Collections Practice Act, endorsing the Note/Bond after the initial transaction in order to receive funds through my signature, fraudulently acting as and assuming the legal position of a Lender when in fact they provided no consideration in the contract, transferring a loan after actions and notices of fraud had been made against the transaction in violation of Texas and Missouri Law.

3) Each and every one of the above claims I noted in my exhibits, through the notices I mailed them and now through this request for discovery.

4) I request the oath of Bank Director and CEO [Heather Stearns] of [MOHELA], The CFO [Kevin Thompson], Vice President [Ryan Rapp] of [MOHELA] to determine the exact language of their Statutory Oath as Directors of a National Bank that is registered with the Comptroller of Currency. I have attached a freedom of Information request for this information and upon order of the court will resubmit this information if needed in order to get the statutory oath.

5) I demand that a Hearing be held to set-up an opportunity to ask the Directors of both institutions the direct questions of the interrogatives for compulsion of discovery that I mailed them exhibits which were included in my original complaint and included herein [Exhibits]. I am requesting to take Depositions in order to determine whether or not they have specifically violated their statutory oaths and acted under color of authority in respect to the contract that their institution made with me.

## Motion to Produce Documents

6) I am demanding a certified copy of the original Note/Bond front and Back Copies.

7) I am Demanding that if the parties are not in possession of the original note and if they know its whereabouts that they produce that information for the record so that freedom of information request can be made.

## Motion for a Jury Trial

8) I am demanding a jury trial in this case as I am entitled to such by right.

Notice of Laws that Pertain Specifically to the Case

9) I am incorporating Case Law that supports my original complaint.

10) The first is the case law that pertains to the priority of federal banking statutes over the United States Code Banks and Banking.

11) This is an important aspect to my case because title 12 of Banks and Banking is not considered positive law.

12) The courts of every district in the federal jurisdiction including the Supreme Court have consistently stated that the Statutes of the United States hold precedent over the United States Code and when left to interpretation it is the Statutes that hold authority. This is important because it is the Statutes that govern the actions of the aforementioned directors that prove their color of authority actions

13) Also I am incorporating for the judges review aspects of Public Law Volume 13 Stat 99-118 38th Congress that will support my allegations.

14) It is clear that the Defendants refused to answer to any of my initial claims and instead resorting to name calling associating me with internet scams, and never addressing any of the points of law or allegations made.

15) It is more than obvious after initial research from the Statutes that the Bank directors mentioned herein have a statutory obligation. The question herein is whether they violated that statutory obligation and acted under color of authority and prohibited me from a federal right, privilege or immunity that I am guaranteed under Statute and under title 42 section 1983 of the United States Code as expressed in the Statute that governs the activity of the Bank Directors, loans from their institutions, and interactions with bonds and mortgages with Citizens.

Remedy Request

16) I am requesting that the court grant me the Motion to Compel Discovery

17) I am requesting that the court demand the production of the Documents listed herein

18) I am requesting that the court grant me a jury trial

19) I am requesting that the court grant me all of the relief in this omnibus Motion and any further relief that it sees fit.

20) I am requesting any state court judges of this jurisdiction and venue recuse themselves if it cannot adjudicate on this case due to the federal laws required in order for remedy and relief to be

provided

21) All former arguments of the initial complaint are herein incorporated

# Details to Complaint

1) I Taileah Hunter [Depositor/Creditor] provided MOHELA with a deposit by way of negotiable instrument which the defendant is claiming to be the holder of the said negotiable instrument which covered all purchases made through the account number 2649437345.

2) Defendants claim of indebtedness is inaccurate and fraudulent. There was never a loan given by MOHELA to Taileah Hunter. Taileah Hunter is not a debtor in this contract, Taileah Hunter is of the understanding that she is the Creditor. Taileah Hunter provided the assets in this contract in the form of a Checkbook deposit to MOHELA which MOHELA is the claimed holder of the said note/bond which proves the transaction as a check-book deposit establishing a line credit account created through the note/bond deposited by Taileah Hunter with MOHELA

3) There is no present verifiable lawful obligation by Taileah Hunter to pay a debt. Demand for an obligor to pay a monetary demand is governed by **UCC Texas Title 1: Chapter 3** and as the Plaintiff's claim is that she owes nothing to the Defendant. Plaintiff testifies for the record that the Defendant is committing commercial fraud by demanding payment where there is no binding contractual obligation and no supporting proof that MOHELA is a lender to Taileah Hunter. The simple proof lies in the original note deposited with the financial institution which must be subpoenaed in order to prove the commercial fraud committed by the defendant as the Defendant is NOT a holder or Holder in due course pursuant to **UCC Texas Title 1: Chapter 3** which states, "**UCC Texas Title 1: Chapter 3.
Holder in due course**

 *Sec. 3.202. NEGOTIATION SUBJECT TO RESCISSION. (a) Negotiation is effective even if obtained:*

*(2) by fraud, duress, or mistake; or*

*(3) in breach of duty or as part of an illegal transaction.*

*(b) To the extent permitted by other law, negotiation may be rescinded or may be subject to other remedies, but those remedies may not be asserted against a subsequent holder in due course or a person paying the instrument in good faith and without knowledge of facts that are a basis for rescission or other remedy.*

4) Taileah Hunter is not entitled to pay the instrument according to UCC Texas Title 1: Chapter 3,

## "3305. Defenses and claims in recoupment.

(a) General rule.--Except as stated in subsection (b), the right to enforce the obligation of a party to pay an instrument is subject to the following:

1. a defense of the obligor based on:

   1. duress, lack of legal capacity or illegality of the transaction which, under other law, nullifies the obligation of the obligor;
   2. fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms;"

5) The rules in Banking that govern MOHELA as a financial institution are at United States Code Title 12 Banks & Banking. According to the Public Statute at Large 13 section 9 stat 99 which is the original Congressional Statute that serves as the Positive Law of the Primae Facie Law at USC Title 12 Banks & Banking financial institutions cannot,

   1. Loan the capital stock of their Directors USC Title 12 section 83 (a), *"(a) General prohibition*

   *No national bank shall make any loan or discount on the security of the shares of its own capital stock*

   2. Loan the check book deposits of their customers

   3. Loan money from an unidentified line of credit UCC Texas Title 1: Chapter 3 'fraud upon an instrument (ii), & (iii)

   Any one of these actions would violate the original Public Statutes at Large 13th Congress which are positive law placed as primae facie law at United States Code Title 12 Banks and Banking.

6) MOHELA has also committed fraud by stating that they are providing a loan and not providing the source of the law and or means by which the loan was procured.

7) Taileah Hunter states that Lender also has violated **section 1692f Of USC 15** of the Fair Debt Collections Practice Act stated herein as

*A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:*

*(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.*
8) *Taileah Hunter* states that the Lender has also violated
**USC 15 1692e** *"A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section*
*(2) The false representation of—*

*(A) The character, amount, or legal status of any debt:*

## Remedy Demand

Wherefore Defendants cannot provide proof that they are a lender who provided assets to Taileah Hunter. The basis of the Plaintiff's claim is rooted in the original note. MOHELA cannot enforce payment on an instrument that it is not the holder in due course of. Wherefore:

a) Plaintiff demands that the court subpoena the original instrument/note with the original signature of Taileah Hunter.

b) Plaintiff demands that an audit of the account mentioned herein are done to see whether it was a loan or a checkbook deposit.

c) If there is no original note provided the said Defendant has no legal or lawful claim and the case must rule in Plaintiff's favor

d) Plaintiff demands that the claims of the Defendant be only assessed within the realm of law that governs enforcement of paying instruments **[UCC Texas Title 1: Chapter 3]** and **United States Code Title 12 Banks and Banking, 38th Congress Stat 99-118 National Banking Associations** as Title 12 Banks & Banking is only primae facie evidence of the Positive law of Public Statutes 13 stat 99 which governs Banks and Banking.

e) Plaintiff demands that MOHELA identify the source of the funds as Federal law proves that the Directors of the Bank cannot lend 1) their Stock, 2) Banks cannot lend the assets of their customers, and 3) banks cannot provide a line of credit without identifying the source of the funds.

f) If defendant cannot verify that they have not illegally committed fraud by way of Identity Theft of Plaintiff, Violating the Fair Debt Collection Practices Act, Missouri State Laws, and Federal Laws plaintiff requests judgement in the favor of plaintiff for the amount placed on Plaintiff's Credit Reports countersuit for $100,737.00

g) Plaintiff requests for Judgement to remove illegal debt of MOHELA and from all credit reports

**I Taileah Hunter declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

[Made pursuant to Title 28USCA Section 1746]

Preliminary Forensic Audit Report

Performed by: K'in Way Xi

Nu Ways LLC - a Loan Fraud Investigations Association

Name of Requester: Taileah Hunter

Issue: Instrument:

Sources: Original Loan Documents, www.secinfo.com, www.faq.org Missouri Higher Education Loan Authority Indenture instrument 606072KM7 CUSIP

This report is made to show that the Entity (MISSOURI HIGHER EDUCATION LOAN AUTHORITY aka MOHELA) requesting Payment is Not the Legally Current or Original Creditor or Holder in Due Course of the Contract that gave rise to any claim, has no Interest, No Tax responsibility, and thus cannot enforce the alleged debt. For this Entity To elect that they can enforce payment based on the rules in this State and the federal laws they must answer the Fair Debt Collection Practice Act Interrogatives and prove they are a holder in due course of an enforceable contract. .

### AUDIT-INFORMATION CONCERNING CONTRACT –(See Exhibits A-1 to 4)

| | |
|---|---|
| Original Creditor-Holder in Due Course SPV-Issuing Entity-Certificate Holders | NONE |
| Private Trustee Claimant | MISSOURI HIGHER EDUCATION LOAN AUTHORITY aka MOHELA |
| Trustee | Social Finance Inc. |
| CUSIP instrument # | 606072KM7 |
| CEO | Heather Stearns |
| Altered Fraudulent Loan **Number-Actual** Security Obligation Number Investors of MISSOURI HIGHER EDUCATION LOAN AUTHORITY | 2649437345 |
| Initial Transaction Date | 5/17/2019 |
| EIN | 52-1198289 |
| Investment Contributions | Deductible |
| Grantor/Investor | Taileah Hunter |
| Grantee | N/A |
| TILA Violations Occurred? | Yes |

Auditors Claims of Financial Illegality & Fraud and Merits to Void Contract

1. All of the above-mentioned entities have committed fraud in contract securities, material alteration of securities without authority, conversion, illegality, and violation of the fair debt collection practices act.
2. The parties who are making claims (MOHELA) are not the holder in due course of any enforceable contract.
3. Pursuant to ***Title 18 USC § 472 & 473 in Re w-4 Form w-8 Form 56*** Entities have issued a series of fraudulent securities violating the following law,

"Uttering counterfeit obligations or securities, *"Whoever, with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both"*. Stated also in Title 18 USC § 473 Dealing in counterfeit obligations or

securities, *"Whoever buys, sells, exchanges, transfers, receives, or delivers any false, forged, counterfeited, or altered obligation or other security of the United States, with the intent that the same be passed, published, or used as true and genuine, shall be fined under this title or imprisoned not more than 20 years, or both."*.

4. If the entity (MOHELA) cannot provide proof of standing and answer Fair Debt Collection Practice Interrogatives and standing as a holder in due course as expressed in State law (PACS Title 13 sec 3302), then it has no interest, no equity, no claim, and all instruments bearing such claims are fraudulent and void unless they are disclosed as an original instrument or contract from the holder in due course.
5. The account number (2649437345) is actually an account number for investors in MOHELA and does not bear the name of (Taileah Hunter) and (Taileah Hunter) has no document of obligation to MOHELA or the investors.
6. The Laws of the  Consumer Credit Protection and Fair Debt Collection Practices Act are all applicable.
7. The law that substantiates this request is USC 15 section 1692G section (a) clause 2 a) Notice of debt; contents

Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing—

(2) the name of the creditor to whom the debt is owed;

8. This Debt is Officially disputed according to federal and State law, stated at: USC 15 section 1692G section (b) Disputed Debts:

(b) Disputed debts

If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) of this section that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector

9. USC 15 Section 1692K Civil Liability -

a) Amount of damages

Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of—

(1) any actual damage sustained by such person as a result of such failure;

10. The Debt Collector may NOT take any unfair and nonjudicial Action based on Federal law, which states,

USC 15 section 1692 (f) A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(6) Taking or threatening to take any nonjudicial action to effect dispossession or disablement of property if—

(A) there is no present right to possession of the property claimed as collateral through an enforceable security interest;

B) there is no present intention to take possession of the property; or

(C) the property is exempt by law from such dispossession or disablement.

I hereby certify that the foregoing information is True and Accurate to the Best of my Research as a Financial Auditor. I attest my signature under penalty of perjury reserving all rights in case of any mistakes or inaccuracies concerning the publicly available information that is provided in regards to the above transaction.

*(Kin Way Xi)* electronic Signature
Auditor Authentication

Made Pursuant to USC 26 1746

EXHIBIT A-1

12/30/2022

Taileah J. Hunter
611 Lemons St.
Cedar Hill TX 75104

MOHELA/LAUREL ROAD BAN
633 SPIRIT DR
CHESTERFIELD, MO 63005

Re: Accts # 264943XXXXXX, XXXX0001, SCW23XX

To Whom It May Concern:

This letter and the following Freedom of Information documents included is regarding accounts # 264943XXXXXX, XXXX0001, SCW23XX which you claim I owe $61,215.00. This is a formal notice that your claim is disputed.

I am requesting validation, made pursuant to the Fair Debt Collection Practices Act. Please note that I am requesting "validation"; that is competent evidence bearing my signature, showing that I have (or ever had) some contractual obligation to pay you.

Please also be aware that any negative mark found on my credit reports (including Experian, Transunion and Equifax) from your company or any company that you represent, for a debt that I don't owe, is a violation of the Fair Debt Collection Practices Act; therefore if you cannot validate the debt, you must request that all credit reporting agencies delete the entry.

Pending the outcome of my investigation of any evidence that you submit, you are instructed to take no action that could be detrimental to any of my credit reports.

Failure to respond within 30 days of receipt of this certified letter will result in legal action against your company at my local venue. I will be seeking a minimum of $61,215.00 in damages for:

1) Defamation

2) Negligent Enablement of Identity Fraud

3) Violation of the Fair Debt Collection Practices Act (including but not limited to Section 807-8)

You will be required to appear in a court venue local to me, in order to formally defend yourself.

For the purposes of 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims.

**Please Note**: This notice is an attempt to correct your records, and any information received from you will be collected as evidence should any further action be necessary. This is a request for information only, and is not a statement, election, or waiver of status.

Name: Taileah J. Hunter
SSN: 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
Address: 611 Lemons St. Cedar Hill TX 75104

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential legal action.

**EXHIBIT A-2**

## Freedom of Information Request & Request for Affidavit Certifying Affirmation of Statutory Obligation made to

Name of Financial Institution: MISSOURI HIGHER EDUCATION LOAN AUTHORITY-MOHELA
Name of Trustees, Beneficial Owners etc: WELLS FARGO BANK, NATIONAL ASSOCIATION
Name of CEO Director: Ray Bayer, Jr.

**NOTE: Please be aware that acts under color of authority are against the law and you can be sued in federal court pursuant to Public Volume 17 42∞Congress Stat 13-15 shown as code at USC title 42 section 1983 for Actions under Color of Authority or Fraudulent and or illegal transactions**

The purpose of this Freedom of Information request is for the Director(s) of this Financial Institution and Actual Owner Institutions who are under oath and obligation to United States Laws and statute to provide a copy of the original contract (Authenticum) Pursuant to (Carpenter vs. Logan 83 U.S. 271) certifying that they are the actual holder of the original instrument of question and are willing to have it inspected for authenticity in regards to alleged account number # 264943XXXXXX, XXXX0001, SCW23XX_Taileah Hunter__ under CUSIP Number _606072KM7__
and to provide an Affidavit Certifying their Affirmation that they followed all applicable Federal, State, and contract law in carrying out the alleged contract of note Account # 264943XXXXXX, XXXX0001, SCW23XX_Taileah Hunter to satisfy the requester that this Financial entity is operating within the bounds of the law that the Financial entity is subject to and that they have a legitimate claim as an Creditor and Holder in Due Course.
Specifically the Law includes the National Bank Act also known as the National Currency Act The Consumer Credit Protection Act, The Fair Debt Collections Practices Act, The Fair Credit Reporting Act, the Truth in Lending Act and any and all laws applicable to Financial Institutions whether they be federal, state, or contractual (commercial) laws.

I am officially requesting the following:
1)   You produce the original contract (for Inspection), front and back pages, with my original signature (no copies) in respect to the alleged contract and state for the record who the alleged original creditor was or Current holder of Original Contract is based on the preceding law
2)   Provide an Affidavit Certifying that you did not breach any federal state contractual commercial or official oath or laws in carrying out the alleged contract and associated transactions
3)   Certify that you did not unlawfully without my consent use my signature to materially alter, falsely endorse, stamp of convert any contract bearing my name or signature, into a security, in order to convert my contract into assets, or gain assets from a third party. You MUST Certify and prove that you are an actual LENDER and that you did not commit any action that would preclude that you used my identity in a fraudulent or illegal manner in Violation of Law and (FEDERAL TRADE COMMISSION (FTC) Policy, yourself or in collusion with a third party or additional parties. You are bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and the Fair Debt Collections Practices Act along with the aforementioned laws
Said Directors, Managers, Supervisors, and Employees in the name of Name of Financial Institution: MISSOURI HIGHER EDUCATION LOAN AUTHORITY__ allegedly executed a contract with the requester and it is affirmed by requester that they violated the law in their actions of alleging the requester owes them a debt.

[Receiver Name]
[Business Correspondence Address]
City, State Zip
Name of Agent Authorizing Transaction:
Title of Agent:
Date
Bureau/ Agency of the Department
If Needed: Reason based on Internal Policy and or Laws and Statutes for Rejection of
Request_____
_____

_____
***If you are willing to settle this manner with complete removal of this alleged debt please respond with the appropriate offer and I will hold all parties harmless after complete voiding of the alleged claim***
Signature of Agent:

County:_____ State:_____

Sworn and Subscribed before me_____ this [day] _____[month] _____

[year]_____

Notary Signature_____

**Exhibit A-3**

## Freedom of Information Request For SEC Registration Status & Securitization Inquiry

Name of Financial Institution: MISSOURI HIGHER EDUCATION LOAN AUTHORITY- MOHELA
Name of Trustees, Beneficial Owners etc: WELLS FARGO BANK, NATIONAL ASSOCIATION
Name of CEO Director: Ray Bayer, Jr.

**NOTE: Please be aware that acts under color of authority are against the law and you can be sued in federal court pursuant to Public Volume 17 42ⁿᵈ Congress Stat 13-15 shown as code at USC title 42 section 1983 for Actions under Color of Authority or Fraudulent and or illegal transactions**

The purpose of this Freedom of Information request is for the Director(s) of this Financial Institution and Actual Owner Institutions who are under oath and obligation to United States Laws and statute to provide information from their SEC files or from the files of their Parent Company in reference to alleged account number # 264943XXXXXX, XXXX0001, SCW23XX  Taileah Hunter

This demand is made to satisfy the requester that this Financial entity is operating within the bounds of the law that the Financial entity is subject to and that they have a legitimate claim and interest in respect to the contract-note-security-bond in accordance with all applicable law.

Specifically the Law includes the National Bank Act also known as the National Currency Act The Consumer Credit Protection Act, The Fair Debt Collections Practices Act, The Fair Credit Reporting Act, the Truth in Lending Act and any and all laws applicable to Financial Institutions whether they be federal, state, or contractual (commercial) laws.

I am officially requesting the following:

1) Please provide the name of any parent companies that this financial institution is operating in contract with in respect to the claim herein
2) Please provide the EIN number and CUSIP number of this company/corporation/financial institution
3) Please provide an affidavit stating that you have enforceable payment interest in the contract account #264943XXXXXX, XXXX0001, SCW23XX  Taileah Hunter based on SEC files including all prospectuses 10-K registrations 8-K registrations and all other SEC documents pertaining to the above mentioned claim
4) Please provide documents pertaining to any stock, securities, bonds etc associated with this specific account number.
5) Provide an Affidavit Certifying that you did not breach any federal state contractual commercial or official oath or laws in carrying out the alleged contract and associated transactions
6) Certify that you did not unlawfully without my consent use my signature to materially alter, falsely endorse, stamp of convert any contract bearing my name or signature, into a security, in order to convert my contract into assets, or gain assets from a third party. You MUST Certify and prove that you are an actual LENDER and that you did not commit any action that would preclude that you used my identity in a fraudulent or illegal manner in Violation of Law and (FEDERAL TRADE COMMISSION (FTC) Policy, yourself or in collusion with a third party or additional parties.

You are bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and the Fair Debt Collections Practices Act along with the aforementioned laws

Said Directors, Managers, Supervisors, and Employees in the name of Name of Financial Institution:  MISSOURI HIGHER EDUCATION LOAN AUTHORITY   allegedly executed a contract with the requester and it is affirmed by requester that they violated the law in their actions of alleging the requester owes them a debt.

[Receiver Name]
[Business Correspondence Address]
City, State Zip
Name of Agent Authorizing Transaction:
Title of Agent:
Date
Bureau/ Agency of the Department
If Needed: Reason based on Internal Policy and or Laws and Statutes for Rejection of
Request_____
_____
_____

***If you are willing to settle this manner with complete removal of this alleged debt please respond with the appropriate offer and I will hold all parties harmless after complete voiding of the alleged claim***

Signature of Agent:

County _____ State _____

Sworn and Subscribed before me_____ this [day] _____[month] _____

[year]_____

Notary Signature_____

**INTERROGATIVES Depositions for Disclosure & Discovery**
**ALLEGED DEBT COLLECTOR/CREDITOR DISCLOSURE STATEMENT**
**Re "Offer of Performance"**

## *This statement and the answers contained herein may be used by the Issuer & Maker, if necessary, in any court of competent jurisdiction*

### Respondent's Interrogatives for Alleged Creditor

Notice: This Debt Collector/Creditor Disclosure Statement is not a substitute for, nor the equivalent of, the hereinabove-requested verification of the record, i.e. "*Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition*" (Black's Law Dictionary, Sixth Edition, 1990), re the alleged debt, and must be completed in accordance with the *Fair Debt Collection Practices Act*, 15 USC § 1692g and the Freedom of Information Act 5 USCA § 552, applicable portions of *Truth in Lending* (*Regulation Z*), 12 CFR 226 Contract Disclosure and UCC 1-207, and demands as cited above in Offer of Performance. Debt Collector/Creditor must make all required disclosures clearly and conspicuously in writing re the following:

1.  NAME OF ALLEGED DEBT COLLECTOR/CREDITOR:
    ...........................................................................................................................

2.  Address of Debt Collector/Creditor:
    ...........................................................................................................................

3.  Correct Lawful Name of Living Being, alleged Debtor/Obligor:
4.  Are you a required to register with the United States Department of Treasury as a financial Institution?
5.  Please provide the Documents that certify that you are a financial institution registered with the federal government through the United States Department of Treasury...................................................................................................................
6.  Address of alleged Debtor/Obligor: ... .........................................................................................
7.  Alleged Account Number: #########...........................................................................................................................
8.  Alleged debt owed: $ $####..............................................................................................................................

9.  Date alleged debt became payable: ..................................................................................................................
10. What is the name and address of the alleged Original Creditor who actually provided funds to the alleged Debtor/Obligor, if different from alleged Debt Collector/Creditor?

    .........................................................................................................................

11. If Debt Collector/Creditor is different from alleged Original Creditor, does Debt Collector/Creditor have a bona fide affidavit of assignment the signature of the alleged Debtor/Obligor as an assignment for entering into alleged original contract between alleged Original Creditor and alleged Debtor/Obligor?
    YES   NO

12. Did Debt Collector/Creditor purchase this alleged account from the alleged Original Creditor?  YES  NO  N/A (Not Applicable)
13. Are you the holder of the Original note/contract?
14. Are you the holder in due course of the Original Note and or Contract and if so please provide front and back copies of the original contract and or note
15. If applicable, give the date of purchase of this alleged account from alleged Original Creditor, purchase amount, and a copy of the original transaction:

| Date: | Amount: |
|---|---|
| .................................................. | $.................................................. |

16. Did Debt Collector/Creditor purchase this alleged account from a previous debt Collector/Creditor? YES  NO  N/A

17. If applicable, date of purchase of this alleged account from previous debt Collector/Creditor, purchase amount, and a copy of the original transaction:

Date: ............................................................... Amount:
       $...............................................................

18. Regarding this alleged account, Debt Collector/Creditor is currently the:

(a)  Owner; (b) Assignee; (c) Other-explain: .................................................................................................

...............................................................................................................................................................

15.  What are the terms of the transfer of rights in re this alleged account? ...................................................................

...............................................................................................................................................................

16.  If applicable, transfer of rights re this alleged account was executed by the following method:

(a)  Assignment; (b) Negotiation; (c) Novation; (d) Other - explain: ...........................................................................

...............................................................................................................................................................

17.      If the transfer of rights re this alleged account was by assignment, was there consideration? YES  NO  N/A

18.  What is the nature and cause of the consideration cited in #17 above? ....................................................................

...............................................................................................................................................................

...............................................................................................................................................................

19.  If the transfer of rights re this alleged account was by negotiation, was the alleged account taken for value?

YES  NO  N/A

20. What is the nature and cause of any value cited in #19 above? ………………………………………………………………….

………………………………………………………………………………………………………………………………………….

21.       If the transfer of rights re this alleged account was by novation, was consent given by alleged Debtor/Obligor?  YES
NO  N/A

22. What is the nature and cause of any consent cited in #21 above?
23. Has the alleged Debt Collector/Creditor provided alleged Debtor/Obligor with the requisite *verification* of the alleged debt as
required by the *Fair Debt      Collection Practices Act*?  YES  NO
24. Date said verification cited above in #23 was provided alleged Debtor/Obligor with official copy and certification that it was sent to
alleged Debtor/Obligor: …………………………………………………………..
25. Was said verification cited above in #23 in the form of a sworn or affirmed oath, affidavit, or deposition?
YES  NO

26.       Verification cited above in #23 was provided alleged Debtor/Obligor in the form of :  OATH  AFFIDAVIT  DEPOSITON

27.       Does Debt Collector/Creditor have knowledge of any claim(s)/Defense(s) re this alleged account?  YES  NO

28. What is the nature and cause of any claim(s)/defense(s) re this alleged account? ………………………………………………….
29. Does Debt Collector/Creditor receive Letter of Credit Financing from a major financial institution to run its operational
budget?
30. Please Provide the 1096 and 1098 Tax Returns for this account.
31. Please Provide the 1099 OID and the 1099 INT forms for this account.
32. Are you [Alleged Creditor] the payor or the recipient on the 1099 OID forms?
33. Does this account operate as a pooling and  servicer agreement?
34. Are you [Alleged Creditor] in this contract serving in the status of a pooler or servicer for the Original Lender?
35. Have you [Alleged Creditor] ever received any benefit from a third party financial institution due to the alleged contract with
the alleged obligor?
36. Have you [Alleged Creditor] ever received stocks, bonds, securities or any other commercial items from any third party
institutions in respect to the alleged contract with the obligor?
37. Are there any stocks, bonds, or securities attached to the contract between you [Alleged Creditor] and the alleged obligor?
38. If the answer to the former question is yes could you please provide the CUSIP number for the said financial instrument?
39. Is this account connected to any Trust agreements?
40. Please provide the trust account number and the name of the trust and the name of the indentured trustee, who is handling
and paying the interest on the certified securities on the Depository Trust Corporation relative to this account.
41. Is this account in any way connected to any financial and or securities fraud?
42. Please provide certified copies of the N-8A registration filed pursuant to section 8A of the Investment Company Act of
1940, the 10 K annual report, the S-3 registration statement and the S-4 prospective filed pursuant to Rule 425 (b) 5 with
the Securities and Exchange Commission under section 13 & 15 (d) of the Securities and Exchange Act of 1934 in
reference to this account and any certificated or uncertificated stocks, bonds, securities, or other financial instruments
associated with this account.
43. Was alleged Debtor/Obligor provided with a loan by Debt Collector/Creditor?  YES  NO

44.  If the alleged Debtor/Obligor was provided with a loan does the Debt Collector/Creditor have proof that assets were provided from the financial institution to the alleged obligor. Please provide certified copies, front and back of all documentary proof.

45.  Was alleged Debtor/Obligor sold any products/services by Debt Collector/Creditor?  YES  NO

46.  What is the nature and cause of any products/services cited above in # 29?
..........................................................

.....................................................................................................................................................................

47.  Does there exist a verifiable, bona fide, original commercial instrument [note or contract] between alleged Debt Collector/Creditor and alleged Debtor/Obligor containing alleged Debtor/Obligor's bona fide signature?  YES  NO

48.  What is the nature and cause of any verifiable commercial instrument cited above in # 31?
............................................

...............................................................................................................................................................

49.  Does there exist verifiable evidence of an exchange of a benefit or detriment between Debt Collector/Creditor and alleged Debtor/Obligor?
YES  NO

50.  What is the nature and cause of this evidence of an exchange of a benefit or detriment as cited above in # 33?

...............................................................................................................................................................

..............................................................................................................................................................

51.  Have any charge-offs been made by any creditor or debt Collector/Creditor regarding this alleged account?  YES  NO

52.  Have any insurance claims been made by any creditor or debt Collector/Creditor regarding this alleged account?  YES  NO

53.  Have any tax write-offs been made by any creditor or debt Collector/Creditor regarding this alleged account?  YES  NO

54.  Have any tax deductions been made by any creditor or debt Collector/Creditor regarding this alleged account?  YES  NO

55.  Have any valid judgments been obtained by any creditor or debt Collector/Creditor regarding this alleged account?  YES  NO

56.  At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract and was full disclosure of the nature of the contract provided to the alleged obligor?
YES  NO

57.  At the time the alleged original contract was executed, were all parties advised of the importance of consulting a licensed Legal professional before executing the alleged contract?  YES  NO

58.  At the time the alleged original contract was executed, were all parties apprised that said alleged contract was a private credit Instrument?  YES  NO

Debt Collector/Creditor's failure, both intentional and otherwise, in completing/answering points "1" through "58" above and returning this Debt Collector/Creditor Disclosure Statement, as well as providing Maker with the requisite *verification* validating the hereinabove-referenced alleged debt, constitutes Debt Collector/Creditor's tacit agreement that Debt Collector/Creditor has no verifiable, lawful, bona fide claim re the hereinabove-referenced alleged account, and that Debt Collector/Creditor tacitly agrees that Debt Collector/Creditor waives all claims against Maker and indemnifies and holds Maker harmless against any and all costs and fees heretofore and hereafter incurred and related re any and all collection attempts involving the hereinabove—referenced alleged account.

Declaration:  The Undersigned hereby declares under penalty of perjury of the laws of this State that the statements made in this Debt Collector/Creditor Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge and belief.

_____          _____

| Date       Printed name of Signatory |
|--------------------------------------|

_____          _____

Official Title of Signatory                            Authorized Signature for Debt Collector/Creditor

Debt Collector/Creditor must timely complete and return this Debt Collector/Creditor Disclosure Statement, along with all required documents referenced in said Debt Collector/Creditor Disclosure Statement.  Debt Collector/Creditor's claim will not be considered if any portion of this Debt Collector/Creditor Disclosure Statement is not completed and timely returned with all required documents, which specifically includes the requisite *verification*, made in accordance with law and codified in the *Fair Debt Collection Practices Act* at 15 USC § 1692, Freedom of Information Act 5 USCA § 552 et seq., and which states in relevant part: "*A debt Collector/Creditor may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt,*" which includes "*the false representation of the character, or legal status of any debt,*" and "*the threat to take any action that cannot legally be taken,*" all of which are violations of law.

If Debt Collector/Creditor does not respond as required by law, Debt Collector/Creditor's claim will not be considered and Debt Collector/Creditor may be liable for damages for any continued collection efforts, as well as any other injury sustained by Maker of this Document.  Please allow thirty  (30) days for processing after Respondents receipts of Debt Collector/Creditor's response.

Exhibit B-1



Taleah Hunter
611 Lemons St.
Cedar Hill TX 75104

**CERTIFIED MAIL**

7020 0640 0001 4896 0506
7020 0640 0001 4896 0506

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To MONELA / LAUREL ROAD BNN
Street and Apt. No., or PO Box No. 633 Spirit Dr.
City, State, ZIP+4® Chesterfield MD 63005

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

00014      EP14F May 2020
OD: 12 1/2 x 9 1/2

≡   🅰®

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70200640000148960506

🗐 Copy   🖈 Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent for final delivery in CHESTERFIELD, MO 63005 on January 3, 2023 at 1:38 pm.

Get More Out of USPS Tracking:
🔍 USPS Tracking Plus®

## ✅ Delivered to Agent
**Delivered to Agent for Final Delivery**

CHESTERFIELD, MO 63005
January 3, 2023, 1:38 pm

See All Tracking History

# EXHIBIT C-1

01/28/2022

Taileah J. Hunter
611 Lemons St.
Cedar Hill TX 75104

MOHELA/LAUREL ROAD BAN
633 SPIRIT DR
CHESTERFIELD, MO 63005

### Re: Accts # 264943XXXXXX, XXXX0001, SCW23XX

To Whom It May Concern:

This letter is in response to your recent claim regarding account # 264943XXXXXX, XXXX0001
and any account numbers attached to it  which you claim a debt of $61,215.00 is owed.

To be clear this is not any kind of "Credit Repair Operation", this is indeed an audit of the said
loan this company is allegedly the Creditor and rightful Contract Holder of.  The term "Alleged"
being used only until we substantiate your sound legal operations with this alleged
loan/contract.
I will need all of the questions within the original Freedom of Information and Interrogative
documents that were asked and validated by MOHELA to verify no illegal or fraudulent
operations have been committed by this alleged loan given.

- For clarification, the details sent in the original documentation clearly states the specific
  details and information including the name and account numbers attached to the name
  Taileah J. Hunter for you to substantiate the account in question for you to find in your
  records.

- An explanation was also included in the original Freedom of Information documentation
  stating exactly what rightful legal details were needed from the company of MOHELA of
  the alleged loan and also what was needed for MOHELA to affirm and declare under
  penalty of perjury of said laws in the original documentation sent.

Attached to this letter is a direct copy of the consumer report of the alleged loan for even more
verification into your records.

It must be stated that you have so far failed to provide me with the verifications asked as of date
12/30/2022 some examples being; a copy of any viable evidence, bearing my signature,
showing the account is being reported accurately. Or provide an Affidavit Certifying that you did

not breach any federal state contractual commercial or official oath or laws in carrying out the alleged contract and associated transactions that are obligated by law when required.

Be advised that the description of the procedure used to determine the accuracy and completeness of the information is hereby requested.

I am again formally requesting a copy of any documents, bearing my signature, showing that I have a legally binding contractual obligation to pay you the alleged amount.

I am maintaining a careful record of my communications with you for the purpose of filing a complaint with the FTC, Federal Court, and the Attorney General's office, should there be any non-compliance of federal laws under the Fair Debt Collection Practices Act. I further remind you that you may be liable for your willful non-compliance as per FDCPA § 807. False or misleading representations [15 USC 1962e]

Failure on your behalf to provide a copy of any alleged contract or other instrument bearing my signature will result in a small claims action against your company. I will be seeking over $61,000.00 in damages for the following:

1.) Defamation
2.) Negligent Enablement of Identity Fraud
3.) Violation of the Fair Credit Reporting Act

You will be required to appear in a court venue local to me, in order to formally defend yourself.

My contact information is as follows:
Name: Taileah J. Hunter
SS#: 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
Address: 611 Lemons St. Cedar Hill TX 75104

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.



**EXHIBIT C-2**

L ROAD BAN

63005

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  MOHELA / LAUREL ROAD BAN
Street and Apt. No., or PO Box No.  633 Spirit Dr.
City, State, ZIP+4®  Chesterfield, MO 63005

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0001 4896 0599
7020 0640 0001 4896 0599

Taileah Hunter
611 Lemons St.
Cedar Hill TX 75104

**EXHIBIT D-1**

## Affirmation of Cancellation of Contract By Grantor/Trustor/ Primary Issuer & Administrative Default Judgment
## Made to Notary for Failure to Produce Freedom of Information Request & Request for Affidavit Certifying Affirmation of Statutory Obligation made to
### Name of Financial Institution/ State Corporate Entity-Department-Subdivision:

The purpose of this Affidavit is to certify that a request for a Freedom of Information request was made to the above named Corporate Entity on the date of _01/03/2023_____ and the Corporate Entity and Fiduciary failed to produce the Freedom of Information request and failed to produce an Affidavit Certifying that they affirm their activities in regards to account # 264943XXXXXX, XXXX0001, SCW23XX_Taileah Hunter were within the bounds of their Federal, State, contractual, and commercial statutory obligations and oaths of record that they are bound to in failing to provide such certification the Fiduciary Institution: MISSOURI HIGHER EDUCATION LOAN AUTHORITY and all agents have shown bad faith and default in their lawful duty of record to legally verify the alleged Claim as required by law and as stated specifically in their oaths of office which obligate them to follow the laws mentioned within those oaths and applicable Laws.

I Taileah Hunter the affiant in this affidavit am officially executing administrative default to be reflected for the record along with color of authority actions based on the following:

1) Alleged Claimant failed to produce my original signature in respect to the alleged claim/contract and failed to state for the record who the alleged original claimant was based on the preceding law

2) Alleged claimant failed to provide an Affidavit Certifying that as fiduciary(s) for the institution they did not breach any federal state contractual commercial or official oath in carrying out the alleged contract/claim

3) Alleged Claimant failed to certify that they did not unlawfully without my consent use my signature to provide to or gain assets from a third party(s) then unlawfully made a claim against me and they failed to substantiate for the record that they did not commit any action that would preclude that they used my identity in a fraudulent or illegal manner or converted my true identity into a fictitious identity in collusion with a third party or additional parties.

Alleged Claimant was and is bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and Failed to.

I Taileah Hunter the affiant of record testify before this witness who is an officer of the state and a notary public who has the lawful power to take affirmations and attestations of fact from affiants that the above Corporate Entity and its fiduciary agents have participated in fraud along with illegal transactions in respect to their claims, have violated their oaths of Office and thus violated federal law and subsequent state law and commercial statutes that apply.

Taileah Hunter

County Dallas    State Texas

Sworn and Subscribed before me Robert Henry Trigg Jr    this [day] 30 th [month] March
[year] 2023

Notary Signature





FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
157350173

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Taileah | Jontae | Hunter |

| Address: | Phone: | Email: |
|---|---|---|
| 5060 Addison Circle , Apt. 4 842 Addison , TX 75001 USA | 214-865-8890 | kin@nuwaysllc.com |

## Personal Statement

Company committed Identity Theft and I would like to place that on record and file lawsuit

## Accounts Affected by the Crime

**Fraudulent Federal Student Loan**

| Company or Organization: | MISSOURI HIGHER EDUC LOAN AUTHORITY/LAUREL ROAD BAN | |
|---|---|---|
| Account Number: | 264943XXXXXXXXXXX | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 1/2023 | 6/2020 | $ 70742 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | ML/RANDOLPH-BROOKS FCU SAFERENT SOLUTIONS LLC |

## Suspect Information

| Name | Scott Lause |
|---|---|
| Contact Information | **Address:** 633 SPIRIT DR, CHESTERFIELD, MO 63005 USA **Email Address:** scottg@mohela.com **Phone Number:** 6365320600 |
| Relationship | Other |
| Additional Details | Company committed Identity Theft and did not verify the alleged debt by way of freedom of information Requests Fair Debt Collections Practices Act 15 USC 1692g and the Freedom of Information Act5USCA 552 breaching Federal Law |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Taileah J Hunter**                          **3/8/2023**

Taileah J Hunter                               Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Taileah Hunter

**(b)** County of Residence of First Listed Plaintiff    Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

MISSOURI HIGHER EDUC LOAN AUTHORITY MOHELA

County of Residence of First Listed Defendant    St. Louis
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

MAY 2 5 2023
MS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
USC Title 15 of the Fair Debt Collection Practices Act section 1692, Title 18 USC § 473, USC Title 12-Banks & Banking, FOIA USC 5 section 552.
Brief description of cause:
Identity theft along with Federal and State laws illegally committed by Defendant on financial instrument illegally given to Plaintiff

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$100,737.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☑ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____



U.S. POSTAGE PAID
CEDAR HILL, TX
75104
MAY 22, 23
AMOUNT

$10.30

R2307N155301-07

75242

CERTIFIED MAIL

7020 0640 0001 6529 0839

FROM:
Taleah Hunter
611 Lemons St
Cedar Hill, TX 75104

TO:
U.S. District Court Dallas
1100 Commerce St. # 1452
Dallas, TX 75242
Attn: Court Clerk

ReadyPost

X-PAY

Photo Document Mailer
9 3/4" x 12 1/4"